IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD L. WILLIAMSON** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 02-3672 |
| vs. | : | |
| | : | |
| **DAVID T. MCGONGLE, SR.** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 24th day of June, 2002, the Court noting a typographical error in its Order of June 14, 2002, in that at one point in its Order it referred to plaintiff as "Richard L. Williams," instead of Richard L. Williamson, **IT IS ORDERED** that this Court's Order of June 14, 2002, is **AMENDED** so as to correct the reference to "Richard L. Williams" in the next to the last line of the first paragraph of the Order to read "Richard L. Williamson." In all other respects, this Court's Order of June 14, 2002, continues in effect.

BY THE COURT:

_____
JAN E. DUBOIS, J.